BONONI LAW GROUP, LLP
Michael J. Bononi (State Bar No. 130663)
Anne S. Kelson (State Bar No. 257851)
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone: (213) 553-9200
Facsimile: (213) 553-9215
mbononi@bononilawgroup.com
akelson@bononilawgroup.com

Attorneys for Plaintiff
Victoria Bubnow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA BUBNOW, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 5:11-cv-00736-DDP (SPx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Victoria Bubnow and Defendant Wal-Mart Stores, Inc. by and through their counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)-(B).

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

BONONI LAW GROUP, LLP.

| | |
|---|---|
| Dated: May 24, 2011 | BONONI LAW GROUP, LLP |
| | By: _____<br>Michael J. Bononi<br>Anne S. Kelson<br>Attorneys for Plaintiff<br>VICTORIA BUBNOW |
| Dated: May 25, 2011 | LITTLER MENDELSON PC |
| | By: _____<br>Gina M. Chang<br>Attorneys for Defendant<br>WAL-MART STORES, INC. |